# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION

**LEE ROBERT SCOTT,**

    **Plaintiff,**

**v.**                                                           Case No. 5:25-cv-277-AW-MJF

**MICHAEL SATZ, et al.,**

    **Defendants.**

_____/

## ORDER OF DISMISSAL

Plaintiff Lee Robert Scott sued judges, prosecutors, and state agencies, claiming they violated his rights in connection with his criminal prosecution. ECF No. 1. The magistrate judge issued a report and recommendation that concluded dismissal was appropriate. ECF No. 4. I have considered the report and recommendation, and I have considered de novo the issues raised in Scott's objections (ECF No. 5). I now conclude dismissal is appropriate.

The magistrate judge concludes venue is improper here. That is likely correct, but I need not decide the issue. I conclude, as did the magistrate judge, that the defendants are immune from suit in their individual capacities based on judicial and prosecutorial immunity. I also conclude the official-capacity defendants are entitled to Eleventh Amendment immunity. Thus, all claims will be dismissed pursuant to 28 U.S.C. § 1915A(b)(2).

2

In his objections, Scott contends the judges were acting in the complete absence of jurisdiction, but he has not shown this to be so. I now overrule all of Scott's objections, and I adopt the report and recommendation and incorporate it into this order (other than the section on venue). Any amendment would be futile.

The clerk will enter a judgment that says, "Plaintiff's claims are all dismissed based on Defendants' immunity from suit." The clerk will then close the file.

SO ORDERED on November 4, 2025.

s/ *Allen Winsor*  
Chief United States District Judge